FILED
CLERK, U.S. DISTRICT COURT
SEP 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>           Plaintiff,       )<br>                            )<br>      v.                    )<br>                            )<br> RUBEN CORTEZ,              )<br>                            )<br>           Defendant.       )<br>_____) | CR 06-00750-SJO<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

   On arrest warrant issued by the United States District Court for the _CDCA_ involving alleged violations of conditions of probation/supervised release,

   The court finds no condition or combination of conditions that will reasonably assure:

   A.  (✓) the appearance of defendant as required; and/or

   B.  (✓) the safety of any person or the community.

        The Court concludes:

   A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by conditions of release_

_____

```
 1        B.    (✓) Defendant is a flight risk because defendant has
 2              not shown by clear and convincing evidence that:
 3              he can abide by conditions of release
 4              _____
 5              _____
 6              _____
 7              _____
 8        IT IS ORDERED defendant be detained.
 9
10   DATED: September 11, 2008
11                                      _____
12                                      CAROLYN TURCHIN
                                        U.S. MAGISTRATE/DISTRICT JUDGE
```